46900. BUTLER v. THE STATE.

PANNELL, Judge. The defendant was indicted for the offense of murder and upon trial convicted of the offense of voluntary manslaughter. A motion for new trial on the general grounds and one special ground was overruled by the trial judge and she appealed to this court. *Held:*

1. The evidence was sufficient to authorize the verdict of guilty of voluntary manslaughter and there was no error in charging thereon.
2. There was no evidence authorizing a charge on "the law of involuntary manslaughter in the commission of a lawful act in an unlawful manner likely to cause death or great bodily harm. . ." There was no error in failing to charge thereon.
3. The trial court did not err in overruling the motion for new trial.

*Judgment affirmed. Hall, P. J., and Quillian, J., concur.* SUBMITTED FEBRUARY 1, 1972—DECIDED APRIL 3, 1972.

*Marshall L. Fountain,* for appellant.
*H. R. Thompson, District Attorney,* for appellee.